//29170

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF VIRGINIA

**07-049-M-01**

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| FAIR, MICHAEL A | P2083022 EV78 | 05/27/2005 |
| WASHINGTON, DC 20010 | DISORDERLY CONDUCT | |

*Defendant.*

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

**FILED**
**FEB 2 0 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ _____ $30.00 _____ may be Forfeited in Lieu of Appearance

Date  2/15/06

_____
United States Magistrate Judge
**BARRY R. PORETZ**

---

### RETURN

| RECEIVED | DATE 2-20-07 | LOCATION WASHINGTON, DC |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| | DATE 2-20-07 | LOCATION |
|---|---|---|

Name  DAVID BALDWIN    Title ____    District  WDC
Date  2-20-07    Signature  Norma Scott

07-049-M-01



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

## EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA vs. FAIR, MICHAEL A WASHINGTON, DC 20010 Defendant | Violation Notice Number(s) P2083022 EV78 DISORDERLY CONDUCT | Violation Date(s) 05/27/2005 |
|---|---|---|

FILED
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ __330.00__ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

2nd notice 3-1-06

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

07-049-M-01



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

## EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA vs<br><br>FAIR, MICHAEL A<br><br>WASHINGTON, DC 20010<br><br>*Defendant.* | Violation Notice Number(s)<br><br>P2083022<br>EV78<br><br>DISORDERLY CONDUCT | Violation Date(s)<br><br>05/27/2005 |
|---|---|---|

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ _____330.00_____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

If already paid please call 703-299-2131 or 800-827-2982 so warrant may be recalled.

Sincerely,
John Hackman
UNITED STATES MARSHAL

BY JANICE BROWN  *Brown*  FOR
DEPUTY UNITED STATES MARSHAL
ROB HAASE

DATE OF NOTICE: 02/16/2006
PHONE: 703-837-5501/451-2001 ex156

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

COPY 1: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY