# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MICHAEL A. FAIR<br><br>DOB:          PDID# | DOCKET NO:          MAGIS. NO: 07-049M-01<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>MICHAEL A. FAIR<br><br>DCDC#:          Reg. No.: |

FILED MAR 1 2 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

**WARRANT ISSUED ON THE BASIS OF:**
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

**DISTRICT OF ARREST:**

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR COURT HEARING IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA) TO ANSWER TO THE CHARGE OF DISORDERLY CONDUCT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

**BAIL FIXED BY COURT:** HOLD WITHOUT BOND

**OTHER CONDITIONS OF RELEASE:**

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE ALAN KAY | [signature] Alan Kay | February 22, 2007 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | [signature] Kimberly C. Kay | February 27, 2007 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:** 2-27-07
**DATE EXECUTED:** 3-12-07
**NAME AND TITLE OF ARRESTING OFFICER:** DAVID BALDWIN, DUSM
**SIGNATURE OF ARRESTING OFFICER:** [signature] David Baldwin