AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Michael Finn

The defendant is charged with a violation of _Ticket Case_ U.S.C. _P 2083028_ alleged to have been committed in the _Eastern_ District of _VA_.

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 07-049M

Brief Description of Charge(s):

Ticket Case; Disorderly Conduct

**FILED**

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

03/15/07
Date

_[signature]_
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |